Percy Ryshawn Woody    11/19/2018

FILED
NOV 19 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

V.

South Central Regional Jail Authority
and Medical Staff

Civil Docket For Case # 2:18-cv-01362

★ Septembe 5, 2018 Pod A-4/Cell-15
Between 9:00 AM & 11:00 AM
I was in my cell I got in trouble with officers. They took all my Personal things I had documents for lawsuit, the Application Fee Documents. I asked to keep them. They said no, we are not letting you file nothing. And threw my documents away. And threatened me & said to keep my mouth shut.

August 26, 2018 & August 27

They let inmates try & give me a killing descease. Several times helping them. Now They have told all the Inmates & Personale that I had a killing decease, which I don't →

Oct 24, 2018 I was let out of Jail. by them telling all the Inmates. Now. It has spreaded word of mouth in the streets. And they have People still carrying out what they (C/o officers) was saying about me. That I was Trash dump & I had Hep.C Which None of this is True. Trying to kill me mentally. I can prove everything. No body ever said I had hep.C before the altercation in Jail on Aug. 26 & 27.

They said they was going to put a order out on me. To be perfectly clear The Rednecks & Gypsys

But the thing is of it all they was helping the bloods. I have settled some things myself but doesn't stop Rednecks or Gypsys And I'm

not Prejudisted at all. I'm more Indian than black 75% cherokee. But this whole thing is killing me mentally in the street & work place.
(Puy Wing) 11/19/2018