United States District Court
Southern District of West Virginia

Case Number: 2:18-cv-01362

Plaintiff
Percy Ryshawn Woody

V.

Defendants
South Central Regional Jail Authority
Medical Staff

## Memorandum

1. <u>Local Rule of Civil Procedure 58.1</u>
   <u>Entry of Orders</u>

   A) Except for good cause, no order may be presented for entry unless it bears the signature of the unrepresented party.

   B) As a Pro Se litigant everything that has been turned in for my case should be accepted and is true.

2. <u>Local Rule of Civil Procedure 83.8</u>
   <u>Bias and Prejudice</u>

A) The United States District Court for the Southern District of West Virginia, should aspire to achieve absolute fairness in the determination of cases and matters before it and the highest standards of Professionalism, human decency, and considerate behavior toward litigants.

When such conduct or statements bear no reasonable relationship to a good faith effort to argue or present a position on the merits.

Judicial officers must ensure that appropriate action is taken to preserve a neutral and fair forum for all persons.

B) I Percy Ryshawn Woody am a Pro Se Litigant <u>representing</u> <u>myself</u> <u>from</u> <u>Jail</u>, because I wasn't given a lawyer and everything that has been turned in is true. This Jail has a <u>REPUTATION</u> for corrupt and illegally activities. I'm fighting to make it out and I feel like it's unfair, when by law you must ensure action is taken on my behalf. Since my 2nd time here, August 17, 2019. I don't

have not one write up. Because of the Civil Complaint there is a Personal Problem against me, to where these officers aren't trying to let me make it out.

As a Pro Se litigant and a victum it feels like a nightmare. This Jail is known and has a Reputation for corrupt and illegally activities. But officers still do what they do and get away with it, even there own officers say this Jail is a Joke.

I'm in Jail Representing myself as a Pro Se litigant and based on all the events that I have turned in through my whole case 2:18-cv-01362 fighting for my life. <u>The United States District Court is all that I have in this particulare Jail. Remember I'm the Victum.</u>

3. <u>Local Rule of Civil Procedure 36.1 Admissions</u>

There are material facts of admissions through my whole case.

Most of all there are sufficient facts, date ranges and times through my whole case.

Sincerely, Pro Se litigant
Percy R. Woody 11/17/2020