UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA



Percy Ryshawn Woody                    3532308

_(Enter above the full name of the plaintiff_                    _(Inmate Reg. # of each Plaintiff)_
_or plaintiffs in this action)._

**VERSUS**                    CIVIL ACTION NO. 2:18-Cv-01362
                                             _(Number to be assigned by Court)_

WV Division of Correction of Rehabilitation,
Regional Jail Authority, Officers Ronnie Thompson, Estep
Officers Terry Jaburs, Vandale, Cook, Toney, Trey White
Officers Chris Martin, Vense, Nurses Molly Norvell, + Nurse Maleigha

_(Enter above the full name of the defendant_
_or defendants in this action)_

## COMPLAINT

I.  **Previous Lawsuits**

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

       Yes _____    No ___✓___

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs: _____
   _____
   _____
   _____

   Defendants: _____
   _____
   _____
   _____

2. Court (if federal court, name the district; if state court, name the county);
   _____
   _____

3. Docket Number: _____

4. Name of judge to whom case was assigned:
   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?
   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

2

II. **Place of Present Confinement:** 250 Earlie St, Princeton, WV 24740

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓     No ___

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ✓     No ___

    C. If you answer is YES:

        1. What steps did you take? Filed Grievances Procedure

        2. What was the result? I was denied Futher help from a Investigator or Authority

    D. If your answer is NO, explain why not: ___

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Percy Ryshawn Woody

        Address: 250 Earlie St. Princeton, WV 24740

    B. Additional Plaintiff(s) and Address(es): ___

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: <u>WV Division of Correction of Rehabilitation,</u>
is employed as: <u>Regional Jail Authority</u> <u>Officers & Nurses</u>

at _____

D. Additional defendants: <u>Officers Ronnie Thompson,</u> <u>officer Estep, Officer Terry Jaburs, officer Vandale</u> <u>officer Cook, officer Toney, officer Trey White</u> <u>officer Chris Martin, officer Vense, Nurse Molly Norvell</u> <u>Nurse Maleigha</u>

## IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

5:00 Am to 6:30 Am

- <u>March 20, 2018 officer Chris Martin Pod C3-Cell 2</u> <u>officer grinds on me with contact & laughs 30min later</u> <u>comes back to the Pod and does a sex act in humping</u> <u>the air. It was sexual harassment Prea Prison Rape Act</u> <u>Violating my Rights.</u>

- <u>April 24, 2018 9:00 Am to 11:00 Am Pod A4 Officer Cook</u> <u>I was in Restraint chair with a mask on officer Punches</u> <u>me in the face two times my mouth was busted an</u>

Page 1    Statement of Claim

- June 27, 2018 Pod A4 In Protective Custody I complained about inmates throwing Urine on me. I was told to give my free time up I said no because it was only ten minutes. I was taken down by officer Toney Mased and Kneeed in the head 7 to 8 times taken in the hallway and Put in a restraint boat with two mask on and mased I have asthma and couldn't Breath with 2 mask on to suffacate me officer Vandale, officer Toney, Put me in the boat on the ground. I asked nurse Molly Norvell for a breathing treatment I was denied. I had 2 mask on and mased and have Asthma. Violation of my Rights were failure to Protect me from bodily fluids deliberatly and Medical Neglect & Neglagence.

- June 29, 2018 Pod A4 officer Estep & officer Vandale In Protective Custody let Inmates go in my cell while I was gone and steel my Personal Pasterty a $300 dollar pair of Rayban glasses and all my belongings.

Page 2    Statement of Claim

August 26, 2018 Pod A4 In Protective Custody Officer Vense.
- 4:00pm to 5:30pm I go outside come back to my cell that has ficieses body fluid in cell trying to give me hepatitis C. I Reported it nothing was done.
- 8:00pm to 9:00pm same inmates put & throw ficieses body fluids in my cell while I was sleep for a 2nd time that day.

Violation of my rights was failure to protect me from harm by other inmates.

August 27, 2018 Pod A4 In Protective Custody 2:30pm to 3:30pm I turn in a sworn statement to Press outside charges from inmates trying to give me hepatitic C same inmates I turn statement into Trey white officer and officer Ronnie Thompson nothing was done and denied me my Rights to Press charges on inmates that assualted me with body fluid.
- Each event happened in Protective Custody with a officer in the Pod at all times. Events were Eight Amendment violations of Excessive force, guard Brutality, Unsanitary dangerous Conditions, & Medical Neglect & Neglagence.

IV. **Statement of Claim (continued):**

my Jaw swelled up. Eight Amendment violation of my Rights unnecessary ~~&~~ Wanton infliction of Pain. Administrator Lenord witness.

April 24, 2018 5:30PM By Interview Rooms I was mased in hand cuff and beat up by officer Vandale officer Vense and a mask was Put on Me I asked for a breathing treatment by Nurse Maleigha because I have Asthma I was denied treatment.

excessive force by officers & Medical Neglect & Neglagance by nurse. Extra sheets Attached

V. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Restitution for Pain & Suffering & Emotional Distress. Physical concrete harm & Emotional Distress.

5

V. **Relief (continued)):**

_____
_____
_____
_____

VII. **Counsel**

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes _____    No ✓

If so, state the name(s) and address(es) of each lawyer contacted:

_____
_____

If not, state your reasons: _____
_____

C. Have you previously had a lawyer representing you in a civil action in this court?

Yes _____    No ✓

6


If so, state the lawyer's name and address:

_____

_____

Signed this __5th__ day of __May__, 20__21__.

_____

_____

_Percy Woody_
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
                              (Date)

_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7



Percy Ryshawn Woody
250 Earlle st.
Princeton, WV 24740

Clerk, United States District Court
Room 2400,
300 Virginia street East
Charleston, WV 25301