United States District Court
Southern District of West Virginia
Charleston

Plaintiff
Percy Ryshawn Woody



FILED
AUG 17 2022
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Case Number 2:18-cv-01362

Memorandum Update

① Can the Civil Docket sheet be reviewed on dates and number Proof of action by grievances are docketed, wrong doing of officers. I'm incarcerated and have no access to internet but I'm absolutely sure Grievances were docketed Proof of actions check these dates and number for review please: On Docket sheet 8 04-2-2019, 16 12-9-2019, 15 12-5-2019, 17 12-9-2019, 21 1-29-2020, 22 1-31-2020, 23 2-10-2020, 30 4-6-2020, 36 6-5-2020, 53 11-23-2020, 54 12-21-2020, 55 12-21-2020, 56 12-21-2020, 57 12-21-2020 I'm absolutely sure Grievances were docketed on one of those numbers of date please review. Civil docket sheet

② Grievance dates June 27, 2018 Officer Toney Nurse Molly Norvell use of force.
June 29, 2018 Officer Vandale personal property Perscription Ray-ban glasses.
April 24, 2018 Officer Cook, officer Vandale officer Vense Nurse Maleigha use of force.

③ Seeking Monetary Relief in damages and emotional distress. Compensation

④ West Virginia law authorizes civil tort causes of action to recover for personal property wrongfully withheld by another individual, Goodman v. Ramey, NO. 2:12-CV-0439, 2012 WL 5966642, at *4 (S.D.W. Va, Nov, 29, 2012)

⑤ A officers behavior may come to wrongfull doing by formulating a policy, or engage in a custom that leads to the challenged Occurrence Maldonado-Denis V. Castillo-Rodriguez 23 F. 3d 576, 582 1st Cir, 1994

⑥ Pro Se Complaints pleadings are to be liberally Construed in Pro Se favor Ayala Serrano V. Lebron Gonzalez 909 F. 2d 8, 15 1st Cir, 1990

⑦ Officers also may be held liable for their own acts or omissions When those acts or omissions amount to a reckless or callous indifference to Constitutional rights of others Febus-Rodriguez V. Batancourt-Lebron, 14F. 3d 87, 91-92 1st Cir, 1994

⑧ Proper winning examples of cases #6

Respectfully Pro Se Plantiff,

Perry Woody 8-10-2022

Percy Woody
INMATE NAME
353308
INMATE OID #
SOUTHERN REGIONAL JAIL
AND CORRECTIONAL CENTER
1200 AIRPORT ROAD
BEAVER, WV 25813

Clerk, Rory L. Perry II
Room 2400
300 Virginia Street, East
Charleston, WV 25301

THE WRITER OF THIS LETTER IS AN INMATE OF THE SOUTHERN REGIONAL JAIL AND CORRECTIONAL CENTER

